# Exhibit L

Exhibit L



# CELERITY EDUCATIONAL GROUP'S TRACK RECORD OF SUCCESS

| Metric | Celerity Cardinal Charter School | Celerity Palmati Charter School | Celerity Nascent Charter School | Celerity Dyad Charter School | Celerity Troika Charter School | Celerity Octavia Charter School | Celerity Sirius Charter School | CEG TOTAL |
|---|---|---|---|---|---|---|---|---|
| Current Enrollment | 344 | 438 | 583 | 705 | 609 | 417 | 481 | 3577 |
| Grades Served | K-8 | K-8 | K-8 | K-8 | K-8 | K-8 | K-8 | K-8 |
| Date Opened | 09/07/11 | 09/07/11 | 09/19/05 | 09/17/07 | 09/05/07 | 09/07/10 | 09/07/11 | 09/19/05 |
| 2016 CAASPP Celerity** | ELA-42% Math-55% | ELA-51% Math-46% | ELA-46% Math-47% | ELA-55% Math-50% | ELA-68% Math-68% | ELA-51% Math-45% | ELA-37% Math-30% | |
| 2015 CAASPP Celerity** | ELA-52% Math-54% | ELA-43% Math-42% | ELA-34% Math-40% | ELA-38% Math-41% | ELA-66% Math-58% | ELA-43% Math-36% | ELA-34% Math-31% | |
| 2015 CAASPP District** | | | | LAUSD ELA-32% Math-25% | | | Compton ELA-23% Math-16% | |
| 2015 CAASPP State** | | | | ELA-42% Math-34% | | | | |
| 2013 API | 893 | 895 | 910 | 871 | 947 | 903 | 789 | 886 avg. |
| Similar Schools Ranking | N/A* | 10 | 10 | 10 | 10 | 10 | 8 | 9.7 avg. |
| Statewide Ranking | 9 | 9 | 9 | 8 | 10 | 9 | 4 | 8.3 avg. |
| Honors and Recognition | CA Distin-guished School recipient 2014 | CA Distin-guished School recipient 2014 | | CA Distin-guished School recipient 2012 | CA Distin-guished School recipient 2010 | | | California Distinguish-ed School recipient (4 out of 7 schools) |
| Accreditation | Western Association of Schools and Colleges ("WASC") | WASC | WASC | WASC | WASC | WASC | WASC | WASC (all schools) |
| Authorizer | LAUSD | LAUSD | LAUSD | LAUSD | LAUSD | LAUSD | LACOE (now Compton) | LAUSD/ LACOE (now Compton) |
| After School Program Hours | 2:45-6:00pm | 2:45-6:00pm | 2:45-6:00pm | 2:45-6:00pm | 2:45-6:00pm | 2:45-6:00pm | 2:45-6:00pm | |
| Teachers | 14 | 19 | 27 | 28 | 28 | 17 | 18 | 151 |
| Class Size (Student: Teacher Ratio) | 25:1 | 23:1 | 21:1 | 25:1 | 29:1 | 23:1 | 25:1 | 24:1 |

| Metric | Celerity Cardinal Charter School | Celerity Palmati Charter School | Celerity Nascent Charter School | Celerity Dyad Charter School | Celerity Troika Charter School | Celerity Octavia Charter School | Celerity Sirius Charter School | Celerity Educational Group |
|---|---|---|---|---|---|---|---|---|
| **Student: Laptop Ratio** | 2:1 | 2:1 | 2:1 | 2:1 | 2:1 | 2:1 | 2:1 | 2:1 |
| **Average Daily Attendance** | 98% | 99% | 96.80% | 97.63% | 97.13% | 97.25% | 96.51% | 97.4% |
| **Address** | 7330 Bakman Avenue, Sun Valley, CA 91352 | 6501 Laurel Canyon Blvd., North Hollywood, CA 91606 | 3417 West Jefferson Blvd., Los Angeles, CA 90047 | 4501 South Wadsworth Los Angeles, CA 90011 | 1495 Colorado Blvd. Los Angeles, CA 90041 | 3010 Estara Avenue Los Angeles, CA 90065 | 310 E. El Segundo Blvd. Compton, CA 90222 | (Offices) 2069 West Slauson Avenue Los Angeles, CA 90047 |
| **Location Name (Prop 39)** | Sun Valley MS | Roy Romer MS | 42nd Street Elem. | *Private Facility* | Burbank MS | Washington Irving MS | *Private Facility* | |
| **Student Population** | Celerity Cardinal Charter School | Celerity Palmati Charter School | Celerity Nascent Charter School | Celerity Dyad Charter School | Celerity Troika Charter School | Celerity Octavia Charter School | Celerity Sirius Charter School | Celerity Educational Group |
| Latino | 97% | 92% | 69% | 98% | 77% | 87% | 55% | 82% |
| African American | 2% | 2% | 29% | 1.40% | 4% | 1% | 44% | 12% |
| National School Lunch Program | 87% | 97% | 93% | 98% | 69% | 94% | 92% | 90% |
| English Learner | 69% | 60% | 41% | 62% | 24% | 54% | 34% | 48% |

**Percentage of Students that "Met" or "Exceeded"

**CEG'S PERFORMANCE ON THE CAASPP**

**Improving Student Learning Year Over Year**





**CEG'S PERFORMANCE ON THE CAASPP**

**Subgroup Data**





















CAASPP 2015 vs. 2016
Percentage of Special Education Students that
"Met" or "Exceeded" State Standards - ELA
50%
40%
30%
20%
10%
0%
5%
19%
6%
7%
35%
43%
10%
8%
5%
8%
N/A
13%
0%
8%
Celerity Nascent Charter School
Celerity Dyad Charter School
Celerity Troika Charter School
Celerity Octavia Charter School
Celerity Palmati Charter School
Celerity Cardinal Charter School
Celerity Sirius Charter School
2014-15 CAASPP
2015-16 CAASPP

CAASPP 2015 vs. 2016
Percentage of Special Education Students that
"Met" or "Exceeded" State Standards - Math
50%
40%
30%
20%
10%
0%
0%
16%
0%
7%
13%
34%
10%
12%
21%
8%
N/A
13%
0%
4%
Celerity Nascent
Celerity Dyad
Celerity Troika
Celerity Octavia
Celerity Palmati
Celerity Cardinal
Celerity Sirius
2014-15 CAASPP
2015-16 CAASPP

CAASPP 2015 vs. 2016
Percentage of Socio-Economically Disadvantaged Students that
"Met" or "Exceeded" State Standards - ELA
70%
60%
50%
40%
30%
20%
10%
0%
44%
45%
37%
55%
59%
63%
41%
49%
42%
51%
52%
41%
34%
30%
Celerity Nascent Charter School
Celerity Dyad Charter School
Celerity Troika Charter School
Celerity Octavia Charter School
Celerity Palmati Charter School
Celerity Cardinal Charter School
Celerity Sirius Charter School
2014-15 CAASPP
2015-16 CAASPP

CAASPP 2015 vs. 2016
Percentage of Socio-Economically Disadvantaged Students that
"Met" or "Exceeded State Standards - Math
70%
60%
50%
40%
30%
20%
10%
0%
39%
45%
41%
50%
52%
62%
33%
44%
41%
43%
54%
54%
31%
19%
Celerity Nascent Charter School
Celerity Dyad Charter School
Celerity Troika Charter School
Celerity Octavia Charter School
Celerity Palmati Charter School
Celerity Cardinal Charter School
Celerity Sirius Charter School
2014-15 CAASPP
2015-16 CAASPP

CAASPP 2015 vs. 2016
Percentage of Hispanic or Latino Students that
"Met" or "Exceeded" State Standards - ELA
70%
60%
50%
40%
30%
20%
10%
0%
32%
48%
38%
52%
61%
63%
40%
48%
45%
51%
51%
42%
41%
37%
Celerity Nascent Charter School
Celerity Dyad Charter School
Celerity Troika Charter School
Celerity Octavia Charter School
Celerity Palmati Charter School
Celerity Cardinal Charter School
Celerity Sirius Charter School
2014-15 CAASPP
2015-16 CAASPP

CAASPP 2015 vs. 2016
Percentage of Hispanic or Latino Students that
"Met" or "Exceeded" State Standards - Math
70%
60%
50%
40%
30%
20%
10%
0%
43%
50%
41%
51%
54%
62%
30%
43%
41%
45%
53%
55%
37%
35%
Celerity Nascent Charter School
Celerity Dyad Charter School
Celerity Troika Charter School
Celerity Octavia Charter School
Celerity Palmati Charter School
Celerity Cardinal Charter School
Celerity Sirius Charter School
2014-15 CAASPP
2015-16 CAASPP

CAASPP 2015 vs. 2016
Percent of Black or African American Students that
"Met" or "Exceeded" State Standards - ELA
70%
60%
50%
40%
30%
20%
10%
0%
35%
41%
18%
45%
59%
N/A
50%
N/A
N/A
50%
29%
33%
Celerity Nascent Charter School
Celerity Dyad Charter School
Celerity Troika Charter School
Celerity Octavia Charter School
Celerity Palmati Charter School
Celerity Cardinal Charter School
Celerity Sirius Charter School
2014-15 CAASPP
2015-16 CAASPP

CAASPP 2015 vs. 2016
Percent of Black or African American Students that
"Met" or "Exceeded" State Standards - Math
70%
60%
50%
40%
30%
20%
10%
0%
34%
38%
18%
11%
24%
64%
N/A
0%
N/A
40%
N/A
50%
25%
25%
Celerity Nascent Charter School
Celerity Dyad Charter School
Celerity Troika Charter School
Celerity Octavia Charter School
Celerity Palmati Charter School
Celerity Cardinal Charter School
Celerity Sirius Charter School
2014-15 CAASPP
2015-16 CAASPP

**CELERITY EDUCATIONAL GROUP'S PERFORMANCE ON THE CAASPP**

**Outperforming The Schools Our Students Would Otherwise Attend**









## CELERITY EDUCATIONAL GROUP'S API SCORES

| Year | Celerity Nascent | Celerity Dyad | Celerity Troika | Celerity Octavia | Celerity Palmati | Celerity Cardinal | Celerity Sirius | LAUSD * | Compton Unified* |
|---|---|---|---|---|---|---|---|---|---|
| 2009 | 753 | 785 | 874 | | | | | 758 | 710 |
| 2010 | 782 | 836 | 932 | | | | | 769 | 747 |
| 2011 | 866 | 884 | 970 | 935 | | | | 784 | 752 |
| 2012 | 892 | 888 | 966 | 894 | 865 | 864 | 777 | 794 | 760 |
| 2013 | 910 | 871 | 946 | 903 | 895 | 893 | 789 | 791 | 765 |

*Averages based on Elementary and Middle schools only



## CELERITY EDUCATIONAL GROUP'S API STATEWIDE RANKINGS

| Year | Celerity Nascent | Celerity Dyad | Celerity Troika | Celerity Octavia | Celerity Palmati | Celerity Cardinal | Celerity Sirius |
|---|---|---|---|---|---|---|---|
| 2012-13 | 9 | 8 | 10 | 9 | 9 | 9 | 4 |
| 2011-12 | 9 | 8 | 10 | 9 | 8 | 8 | 4 |
| 2010-11 | 8 | 9 | 10 | 10 | N/A | N/A | N/A |
| 2009-10 | 5 | 7 | 10 | N/A | N/A | N/A | N/A |
| 2008-09 | 4 | 5 | 9 | N/A | N/A | N/A | N/A |

## CELERITY EDUCATIONAL GROUP'S API SIMILAR SCHOOLS RANKINGS

| Year | Celerity Nascent | Celerity Dyad | Celerity Troika | Celerity Octavia | Celerity Palmati | Celerity Cardinal | Celerity Sirius |
|---|---|---|---|---|---|---|---|
| 2012-13 | 10 | 10 | 10 | 10 | 10 | N/A | 8 |
| 2011-12 | 10 | 10 | 10 | 10 | 10 | N/A | 7 |
| 2010-11 | 10 | 10 | 10 | N/A | N/A | N/A | N/A |
| 2009-10 | 10 | 10 | 10 | N/A | N/A | N/A | N/A |
| 2008-09 | 9 | 10 | 9 | N/A | N/A | N/A | N/A |